24-MJ-2010-MBB

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINTS

I, Gina M. Galantino, being sworn, state:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the federal Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since 2020. I am currently assigned to the Boston Field Office. I am a graduate of the Federal Law Enforcement Training Center, where I completed ATF Special Agent Basic Training and the Criminal Investigator Training Program. During the course of my law enforcement career, I have participated in the execution of state and federal search and/or arrest warrants for violations of firearms and controlled substance laws. My investigations have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.

2. As a Special Agent for ATF, some of my duties include conducting criminal investigations into cases of illegal possession/transfer of firearms, firearms trafficking, and drug trafficking. Through my training, knowledge, and experience, I have become familiar with the habits, methods, routines, practices, and procedures commonly employed by persons engaged in the illegal use and trafficking of firearms and controlled substances and the unlawful use or possession of firearms. I have been the affiant on affidavits in support of federal search warrants and arrest warrants. I have participated in and performed surveillance and made arrests of firearms and narcotics traffickers. During the course of my professional experience, I have interviewed numerous defendants, witnesses, victims, confidential informants, and other police officers regarding the illegal use and trafficking of firearms and controlled substances and the unlawful use or possession of firearms.

3. Based on my training and experience, and that of other experienced agents with

whom I work, I am familiar with federal firearms and controlled substances laws. In this regard, I know that it is a violation of Title 18, United States Code, Section 922(g)(1) to be a felon in possession of a firearm or ammunition.

4. This affidavit is submitted in support of a criminal complaint charging Rickey SIMMONS and Robert CAMPBELL each with being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1). This affidavit is submitted for the limited purpose of establishing probable cause to secure criminal complaints. In submitting this affidavit, I have not included each and every fact known to me and other law enforcement officers concerning this investigation. Instead, it only contains facts sufficient to establish probable cause in support of criminal complaints.

## PROBABLE CAUSE

5. On January 28, 2025, ATF agents and other law enforcement executed a federal search warrant (25-8055-PGL) targeting the unlawful possession of firearms and ammunition at a residence in Dorchester, Massachusetts.

6. Upon entry, agents encountered two individuals in the first-floor space, SIMMONS and a second individual, Person 1.[1]

7. In the closet of a first-floor bedroom containing paperwork in the name of SIMMONS, agents located a Smith & Wesson, M&P Compact, 22 caliber firearm with an obliterated serial number that was loaded with ammunition.

8. In a sofa located in the living room between the two bedrooms on the first floor, agents located a Tisas, Model Zig M1911, .45 caliber firearm (Serial Number:T0620-20Z19289), which was also loaded with ammunition.

---

[1] Person 1 is not being charged with a federal crime; accordingly, a pseudonym is used to protect their privacy.

9. Following *Miranda* warnings, SIMMONS waived his rights and admitted in a recorded statement that both firearms located on the first floor belonged to him.

10. I am aware that SIMMONS was previously convicted in the Middlesex Superior Court, Docket 20041176001 of Trafficking in excess of 100 grams of cocaine and was sentenced to ten years to ten years and one day of incarceration.

11. Upon entry, agents also encountered CAMPBELL. At the time he was encountered, Campbell was wearing a fanny pack, which was seized and search by agents. In the pack was the key to a safe located in a third-floor bedroom. The bedroom had paperwork in CAMPBELL's name.

12. The key found on CAMPBELL fit and opened the safe. Inside the safe was a Glock 32, .375 caliber handgun (Seral Number: NGG743), which was loaded with ammunition. In addition, agents found several thousand dollars of US currency. In the room in which the safe was found, agents also located a small amount of what agents believe to be cocaine.

13. Further, in a bag located just outside the bedroom belonging to CAMPBELL, agents found three additional firearms:

    a. A Glock 30 Gen4, .45 caliber (Serial Number: BYAM389);

    b. A Glock 26, 9 mm (Serial Number: NYX490), with a switch[2] attached; and

    c. A Glock 27, .40 caliber (Serial Number : KMW322).

Inside the bag, agents also located an extended magazine that was loaded with 31 rounds of 9mm ammunition, which fit the Glock 26, and 8 other assorted firearm magazines.

---

[2] Machine gun conversion devices are parts designed to convert semiautomatic pistols or semiautomatic rifles into fully automatic machine guns. Such parts are commonly referred to as "Glock switches" or "auto sears."

14. Following *Miranda* warnings, CAMPBELL waived his rights and admitted in a recorded statement that he knew he was a felon and nodded (a non-verbal response) when agents asked if he knew he could not possess firearms.

15. I am aware that CAMPBELL has been previously convicted of three counts of assault and battery on a police officer and resisting arrest, in Malden District Court, Docket # 1750CR001908A, both of which carry a maximum penalty in excess of one year under Massachusetts law. *See* M.G.L. c. 268 § 32B; M.G.L. c. 265 § 13D.

16. The Tisas and Glock firearms are not manufactured in the Commonwealth of Massachusetts, and therefore necessarily have traveled in interstate commerce. No commercially made ammunition is manufactured in the Commonwealth of Massachusetts; therefore it necessarily has traveled in interstate commerce.

## CONCLUSION

17. Based on the foregoing facts, I submit there is probable cause to believe that on or about January 28, 2025, SIMMONS and CAMPBELL, knowing that they were previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

*Gina Galantino /by Paul G. Levenson*
ATF SA Gina Galantino

SWORN to telephonically in accordance with Fed. R. Crim. P. 4.1 on this date of January 28, 2025.

_____
HONORABLE PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE