# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Boston  **Category No.** II  **Investigating Agency** ATF

**City:** Boston
**County:** United States

**Related Case Information:**
Superseding Ind./ Inf. ____  Case No. ____
Same Defendant ____  New Defendant ____
Magistrate Judge Case Number ____
Search Warrant Case Number: 25-8055-PGL
R 20/R 40 from District of ____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____   ☐ Yes  ☐ No

**Defendant Information:**
Defendant Name: Rickey Simmons    Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
Alias Name: ____
Address: 37 Holiday Street, Boston, MA, 02122
Birth date (Yr only): 1978   SSN (last 4#): ____   Sex: Male   Race: ____   Nationality: ____

**Defense Counsel if known:** ____   Address: ____
Bar Number: ____

**U.S. Attorney Information**
AUSA: Mark Grady    Bar Number if applicable: ____

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: ____

**Victims:** ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**
**Arrest Date:** 1-28-25

☑ Already in Federal Custody as of 1-28-25 in ____.
☐ Already in State Custody at ____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/28/2025   Signature of AUSA: /s/ Mark Grady

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) | Felon in Possession of a Firearm and Ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**